# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JESSICA R. MURPHY, | ) | |
| Plaintiff, | ) | Civil Action No: 3:20-cv-00475 |
| | ) | |
| v. | ) | |
| | ) | |
| Kilolo Kijakazi, | ) | Magistrate Judge Peter B. Silvain, Jr. |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| Defendant. | ) | |

## **ORDER**

This cause coming before the Court on a joint motion of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

The findings of the ALJ, including the prior non-disability finding shall be vacated and this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

December 3, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
U.S. Magistrate Judge